Ernie Martinez #54022-051
FCI Phoenix
37910 N. 45th Ave.
Phoenix, AZ  85086

Movant in pro se

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY - 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16 CV 388 JB/SMV |
| | Case No. 1:09-CR-2619 JB |
| V. | |
| | MOTION FOR APPOINTMENT OF COUNSEL |
| ERNIE MARTINEZ | |

COMES NOW, defendant, Earnie Martinez, pro se, and moves this Honorable Court for an ORDER appointment of counsel to represent hm in this case.
In support of this motion, Defendant states:

1. The U.S. Supreme Court in <u>Johnson v. United States 135 S. Ct. 2251 (2015),</u> declared the redidual clause of the Armed Career Criminal Act (ACCA unconstitutionally vague.  The residual clause is a catchall section of the ACCA that treats a variety of different offenses as "crimes of violence".  The United States used defendant's prior convictions as crimes of ciolence which are no longer considered crimes of violence pursuant to <u>Johnson</u>.

2. Because the residual clause is unconstitutional, the defendant who was sentenced as a Career Offender argues that his sentence is unconstitutional under <u>Johnson</u>.

3. The wording of the ACCA is identical to the "residual clause" in the Career Offender Guidelines so the defendant also challenges his sentence based on this factor and the <u>Johnson</u> case.

(1)

4. Defendant's imprisonment greatly limits his ability to litigate. These issues involved in this case are complex and will require significant research and investigation. The defendant has limited access to the law library and limited knowledge of the law.

5. Counsel would better enable defendant to present a <u>Johnson</u> claim to the court either in this matter or a 28 U.S.C. 2255 for relief.

6. Defendant's deadline to file is of critical importance that requires the courts immediate attention in order to protect the defendant's rights.

WHEREFORE, defendant requests that this Honorable Court appointment a member of the Public Defender's Office, or CJA pool for relief on this unconstitutional sentence under the ACCA as declared by the <u>Johnson</u> case above, which defendant is currently serving.

Respectfully Submitted,

*Ernie Martinez*
Ernie Martinez, pro se

## CERTIFICATE OF SERVICE

I, Ernie Martinez, hereby declare under penalty of perjury, that I have mailed a true and correct copy of the foregoing motion to the following by first class mail:

United States Attorney's Office

United States Courthouse
333 Lomas Blvd. N.W., Ste. 270
Albuquerque, New Mexico  87102

*Ernie Martinez*
Respectfully Submitted,

(2)

ERNIE MARTINEZ #54022-051
Phoenix F.C.I.
37910 N 45th. Ave
Phoenix, AZ. 85086

PHOENIX AZ 852

MAY 2016 PM 1 L

MATTHEW J. DYKMAN
Clerk Federal Correctional Institution
Phoenix, Arizona
Inmate Correspondence

RECEIVED
At Albuquerque NM
MAY 05 2016

⇦ 54022-051 ⇨
United States Court Clerk
333 Lomas BLVD NW
Ste. 270
Albuquerque, NM 87102
United States

Albuquerque, new mexico
87102

87102-2274700